- 

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

CHICAGO TILE INSTITUTE WELFARE
PLAN, et. al.

            Designated
            Magistrate Judge: _____ _

            08CV2504
            JUDGE GETTLEMAN
            MAGISTRATE JUDGE KEYS

Bestile, Inc.
c/o Mr. Paul S. Braun, Registered Agent
19630 Governors Highway
Flossmoor, IL 60422

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Michael J.McGuire
    Gregorio & Associates
    2 North LaSalle Street, Suite 1650
    Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

!J.~~



ClientCaseID:   MIKE MCGUIRE
Law Firm ID:    GREGORIO



I, ANNA CAN OLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

THAT I SERVED THE WITHIN SUMMONS AND COMPLAINT ON THE WITHIN NAMED DEFENDANT BESTILE INC PERSON SERVED MIB BRAMLETTE, REGISTERED AGENT BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 5/6/08

That the sex, race and approximate age of the person whom I left the are as follow:

Sex FEMALE   Race WHITE
Height   5'7"
Build LARGE

**19630 GOVERNORS HIGHWAY**
**FLOSSMOOR, IL, 60422**

ANNA CANOLE
Special Process Sever
P.ERC.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes sa e to be true.