IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN and CHICAGO TILE INSTITUTE PENSION PLAN, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Judge Gettleman ) Case No.: 08 CV 2504 ) |
| BESTILE, INC. | ) ) |
| Defendant. | ) |

*Motion For Judgment By Default*
_____

   Plaintiffs, by its Attorney, Michael J. McGuire, move this Court to enter Judgment by Default according to Rule 55 of the Federal Rules of Civil Procedure for Defendant's failure to appear, answer or otherwise plead.  Further, in support of this Motion the Plaintiffs state:

   1.  Plaintiffs filed their complaint on May 2, 2008 and Defendant was personally served with a copy of the Complaint and Summons on May 6, 2008.  (**Group Exhibit A)**

   2.  The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Federal Rules of Civil Procedure.

   3.  At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements, which created the Trust Funds.

   4.  Pursuant to the provisions of the Trust Agreements and Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay contributions based thereon.

   5.  The Defendant failed to submit $31,230.42  in reported contributions for the months of December 2007 through May 2008.  **(Exhibit B)**

6.  By failing to pay the contributions due the Trust Funds in a timely manner, the Defendant owes liquidated damages, and interest. At the present time, the Defendant owes liquidated damages in the amount of $3,123.04 and interest in the amount of $780.75. **(Exhibit B)**

7.  The Defendant owes the sum of $1,445.00 for necessary and reasonable attorney fees costs which are collectible under the terms of the Collective Bargaining Agreements, Trust Agreements and Federal law (29U.S.C. §1132(g)(2)(b). **(Exhibit C)**

WHEREFORE, Plaintiffs move for Judgment by Default in the amount of $36,579.21.

By: s/ Michael J. McGuire
MICHAEL J. MCGUIRE

Michael J. McGuire
ARDC #: 6290180
Gregorio & Associates
Attorney for Plaintiffs
2 North LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

CHICAGO TILE INSTITUTE WELFARE
PLAN, et. al.

            Designated
            Magistrate Judge: _____

```
08CV2504
JUDGE GETTLEMAN
MAGISTRATE JUDGE KEYS
```

Bestile, Inc.
c/o Mr. Paul S. Braun, Registered Agent
19630 Governors Highway
Flossmoor, IL 60422

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. McGuire
Gregorio & Associates
2 North LaSalle Street, Suite 1650
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*!J.~~*



ClientCaseID:  MIKE MCGUIRE
Law Firm ID:   GREGORIO



I, ANNA CAN OLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

THAT I SERVED THE WITHIN SUMMONS AND COMPLAINT ON
THE WITHIN NAMED DEFENDANT BESTILE INC PERSON
SERVED MIB BRAMLETTE, REGISTERED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 5/6/08

That the sex, race and approximate age of the person whom I left the are as foll ow:

Sex FEMALE  Race WHITE
Height   5'7"
Build LARGE

**19630 GOVERNORS HIGHWAY**
**FLOSSMOOR, IL, 60422**

ANNA CANOLE
Special Process Sever
P.ERC.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes sa e to be true.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN and CHICAGO TILE INSTITUTE PENSION PLAN,<br><br>                    Plaintiffs,<br><br>v.<br><br>BESTILE, INC.<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Judge Gettleman<br>) Case No.: 08 CV 2504<br>)<br>)<br>)<br>)<br>) |

### *Affidavit of Bob Felde*

Now comes BOB FELDE who after being duly sworn upon oath states as follows:

1. I am the Director of Benefits for the Chicago Tile Institute Welfare and Pension Plans and in such capacity, I am authorized to make this Affidavit on behalf of the Plaintiffs.

2. The Defendant has failed to pay contributions for the months of December 2007 through May 2008 resulting in a delinquency of $31,230.00.

3. Because of its failure to pay contributions due in a timely manner, Defendant owes interest, which continues to accrue and liquidated damages assessed at 10% for all funds, except the annuity fund, which are assessed at 20%.

4. The interest calculation was based on the ERISA section awarding such interest 29 U.S.C.§ 1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code.

5. Accrued as of June 15, 2008, Defendant owes $3,123.04 in liquidated damages for untimely payments of contributions for the months of December 2007 through may 2008, and $780.75 in interest.

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters the undersigned certifies as aforesaid that he verily believes the same to be true.**

By: _Bob Felde_
BOB FELDE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN and CHICAGO TILE INSTITUTE PENSION PLAN,<br><br>      Plaintiffs,<br><br>  v.<br><br>BESTILE, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Judge Gettleman<br>) Case No.: 08 CV 2504<br>)<br>)<br>)<br>) |

*Attorney fee Affidavit in Support of*
*Motion for Judgment by Default*

  NOW COMES MICHAEL J. MCGUIRE, who after being duly sworn upon oath, states as follows:

  1. I am an associate of Gregorio & Associates and am licensed to practice law in the State of Illinois and for the Northern District of Illinois.

  2. I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

  3. The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and costs incurred for failure of a signatory contractor to pay contributions in accordance with those agreements.

  4. I devoted six and one half (6.5) hours in connection with the above-captioned case at the rate of $160.00 per hour resulting in attorney's fees totaling $1,040.00.

  5. In addition, the filing fee was $350.00 and the process server fee was $55.00.

  I certify that the foregoing costs and attorneys fees totaling $1,445.00 were necessary and reasonable.

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters the undersigned certifies as aforesaid that he verily believes the same to be true.**

                                                By: s/ Michael J. McGuire
                                                         Michael J. McGuire