IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN and CHICAGO TILE INSTITUTE PENSION PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> BESTILE, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) Judge Gettleman ) Case No.: 08 CV 2504 ) ) ) ) |

### *Notice of Motion*

To:   Mr. Joseph Slevnik          Ms. Rita Slevnik
      Bestile, Inc.                Bestile, Inc. - President
      15555 S. 71st Court          194 N. Harbor Landing
      Orland Park, IL 60462        Braidwood, IL 60408

PLEASE TAKE NOTICE that on July 8, 2008, I shall appear before the Honorable Judge Gettleman in Courtroom number 1703 at approximately 9:15 a.m. at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present Plaintiff's Motion for Default.

                                             By: s/ Michael J. McGuire
                                                 MICHAEL J. McGUIRE

Attorneys for the Plaintiffs
2 N. LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343

STATE OF ILLINOIS)
                     ) SS
COUNTY OF COOK )

   Janine Ricker, being first duly sworn on oath, deposes and says that she served the above and foregoing Plaintiff's Motion for Default by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addressed to the person to who said Notice is directed on the 25th day of June 2008.

| | |
|---|---|
| Mr. Joseph Slevnik | Ms. Rita Slevnik |
| Bestile, Inc. | Bestile, Inc. - President |
| 15555 S. 71st Court | 194 N. Harbor Landing |
| Orland Park, IL 60462 | Braidwood, IL 60408 |

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

                     By: s/ Janine Ricker