Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2504 | DATE | 7/8/2008 |
| CASE TITLE | Chicago Tile Institute   vs   Bestile, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion for default judgment is granted. Judgment is entered in behalf of plaintiff and against the defendant in the sum of $36,579.21.

[For further detail see separate order]
[Docketing to mail notice]

00:00

Courtroom Deputy | GDS