

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN and CHICAGO TILE INSITUTE PENSION PLAN,<br><br>       Plaintiffs,<br><br>   v.<br><br>BESTILE, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Judge Gettleman<br>) Case No.: 08 CV 2504<br>)<br>)<br>)<br>)<br>) |

### *Judgment Order*

WHEREAS, the Plaintiffs filed their complaint on May 2, 2008 and the Defendant was personally served with copies of Complaint and Summons on May 6, 2008; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a Default Judgment is hereby entered against the Defendant in accordance with the prayer of the Complaint; and

IT IS HEREBY ORDERD, ADJUDGED AND DECREED the Judgment is entered on behalf of the Plaintiffs and against the Defendant, BESTILE, INC. in the sum of $36,579.21 representing the following amounts:

| | |
|---|---|
| Unpaid contributions for December 2007 through May 2008 | $16,040.92 |
| Liquidated Damages | $ 3,123.04 |
| Attorney Fees and costs | $ 1,445.00 |
| Interest | $ 780.75 |

**Grand Total**..................................................................$36,579.21

ENTERED:

HON. ROBERT W. GETTLEMAN

DATE: July 8, 2008

Gregorio & Associates
2 North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343