## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2504                             Assigned/Issued By: j. n.

Judge Name:                                       Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00      ☐ $39.00       ☐ $5.00

☐ IFP           ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           *(Victim, Against and $ Amount)*

☑ Citation to Discover Assets              ☐ Other

☐ Writ _____              _____
       *(Type of Writ)*                    _____
                                           *(Type of issuance)*

2 ____ Original and 2 _____ copies on 7-18-08 _____ as to  fifth third bank operations; fifth
                                         *(Date)*
third bank (no notice filed) _____

_____