IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN and CHICAGO TILE INSTITUTE PENSION PLAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 CV 2504 |
| v. | ) ) | Judge Gettleman |
| BESTILE, INC. | ) ) ) | |
| Defendant. | ) | |

### *Motion For Turnover of Funds*

Now comes the Plaintiffs, by and through their attorney, Michael J. McGuire of Gregorio & Associates, moving for a Turnover of Funds. Further, in support of this Motion, the Plaintiffs state:

1. A judgment was entered in the amount of $36,579.21 on July 8, 2008 of which $36,579.21 remains unsatisfied. See judgment attached as **Exhibit A.**

2. A Citation to Discover Assets was served upon Fifth Third Bank on July 18, 2008. The bank has indicated that it is holding $5,315.20 in an account for BESTILE, INC. See response to citation attached as **Exhibit B.**

3. $5,315.20 should be turned over to the Plaintiffs to partially satisfy their judgment, and the citation shall thereafter be discharged.

Wherefore, The Plaintiffs respectfully requests this Court enter a Turnover Order for $5,315.20, and for such further relief as this Court deems just.

By: /s/ Michael J. McGuire
Michael J. McGuire

Michael J. McGuire
ARDC #: 6290180
Attorney for Plaintiffs
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO TILE INSTITUTE WELFARE )
PLAN and CHICAGO TILE INSITUTE )
PENSION PLAN, )
)
Plaintiffs, )
)
v. ) Judge Gettleman
) Case No.: 08 CV 2504
BESTILE, INC., )
)
Defendant. )

### Judgment Order

WHEREAS, the Plaintiffs filed their complaint on May 2, 2008 and the Defendant was personally served with copies of Complaint and Summons on May 6, 2008; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a Default Judgment is hereby entered against the Defendant in accordance with the prayer of the Complaint; and

IT IS HEREBY ORDERD, ADJUDGED AND DECREED the Judgment is entered on behalf of the Plaintiffs and against the Defendant, BESTILE, INC. in the sum of $36,579.21 representing the following amounts:

| | |
|---|---|
| Unpaid contributions for December 2007 through May 2008 | $16,040.92 |
| Liquidated Damages | $ 3,123.04 |
| Attorney Fees and costs | $ 1,445.00 |
| Interest | $   780.75 |

Grand Total..................................................................$36,579.21

ENTERED:

HON. ROBERT W. GETTLEMAN

DATE: July 8, 2008

Gregorio & Associates
2 North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343


EXHIBIT A

~~IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT DUPAGE COUNTY, ILLINOIS~~

United States District Court
For the Northern District of Illinois

Case No.: 08CV2504

Hearing Date: _____

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

__Fifth Third Bank__, certify under penalty of perjury that with regards to the
(Citation Respondent)
property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.   Chicago Tile Institute welfare vs Bestile INC

Circle one of more of the following and indicate the amount held:

A. Savings Account (Amount withheld) $_____
(B.) Checking and / or Now Account (Amount withheld) $ M23229807O  $5315.20
C. Certificate of Deposit (Amount held) $_____
D. Money Market Account (Amount held) $_____
E. Trust Account (Amount held) $_____
F. Safety Deposit Box $_____
G. No Accounts _____
H. Adverse Claimant: Name_____ Address_____
I. Wage, Salary or Commissions_____
J. Other Personal Property (Describe)_____

Attach a sheet for any additional information required by the Citation

Sub Total _____

Less right of offset for other loans _____

Less deduction for fees limited by
205 ILCS 5/48.1

Total  $5315.20

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

_A Roberts_
Agent for Citation Respondent

7-21-08
Date

Respondent/Agent: (Type or Print)
Agent Name: A Roberts
Business Name: Fifth Third BK
Address: _____

Phone: 513-358-2134
Fax: 513-358-1279

NOTE: A copy of this Answer should be mailed to the Circuit Court Clerk, Attorney for Plaintiff or Judgment Creditor and the Defendant.

2211C Rev. 02/06



EXHIBIT B