IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN and CHICAGO TILE INSTITUTE PENSION PLAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 CV 2504 |
| v. | ) ) | Judge Gettleman |
| BESTILE, INC. | ) ) ) | |
| Defendant. | ) | |

### AMENDED NOTICE OF MOTION

TO:   Mr. Joseph Slevnik         Ms. A. Roberts
       Bestile, Inc.                    Fifth Third Bank
       15555 S. 71St Court         Mail Drop 1MOCZQ
       Orland Park, IL 60462      5050 Kingsley Drive
                                              Cincinnati, OH 45263

   PLEASE TAKE NOTICE that on Tuesday August 5, 2008, I shall appear before the Honorable Judge Gettleman at approximately **9:15 am in Courtroom 1703,** at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my Motion for Turnover of Funds.


                                                        /s/ Michael J. McGuire
                                                        By: Michael J. McGuire


Michael J. McGuire
ARDC #: 6290180
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343

STATE OF ILLINOIS)
                 )  SS
COUNTY OF COOK )

Janine Ricker, being first duly sworn on oath, deposes and says that she served the above and foregoing Motion Turnover of Funds by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addressed to the person to whom said Notice is directed on the 30th day of July, 2008.

| | |
|---|---|
| Mr. Joseph Slevnik | Ms. A. Roberts |
| Bestile, Inc. | Fifth Third Bank |
| 15555 S. 71St Court | Mail Drop 1MOCZQ |
| Orland Park, IL 60462 | 5050 Kingsley Drive |
| | Cincinnati, OH 45263 |

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

By:/s/ Janine Ricker

Michael J. McGuire
ARDC #: 6290180
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343