~~IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT~~
~~DUPAGE COUNTY, ILLINOIS~~

United States District Court
For the Northern District of Illinois

Chicago Title Institute Welfare
vs
Bestine Inc

Case No.: 08CV2504
Hearing Date: _____

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**  Gettleman

Fifth Third Bank, certify under penalty of perjury that with regards to the
(Citation Respondent)
property of the judgment debtor, the Citation Respondent files the following answer to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one of more of the following and indicate the amount held:

A.  Savings Account (Amount withheld) $_____
**(B.)**  Checking and / or Now Account (Amount withheld) $ 7232298070  # 5315.20
C.  Certificate of Deposit (Amount held) $_____
D.  Money Market Account (Amount held) $_____
E.  Trust Account (Amount held) $_____
F.  Safety Deposit Box $_____
G.  No Accounts _____
H.  Adverse Claimant: Name _____ Address _____
I.  Wage, Salary or Commissions _____
J.  Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

Sub Total _____

Less right of offset for other loans _____

Less deduction for fees limited by
205 ILCS 5/48.1 _____

Total $ 5315.20

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

*A Roberts* (signature)
Agent for Citation Respondent

7-21-08
Date

Respondent/Agent: (Type or Print)
Agent Name: A Roberts
Business Name: Fifth Third Bk
Address: _____

Phone: 513-358-2134
Fax: 513-358-1279

**FILED**
7-29-2008
JUL 29 2008  TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: A copy of this Answer should be mailed to the Circuit Court Clerk, Attorney for Plaintiff or Judgment Creditor and the Defendant.

2211C Rev. 02/06