# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2504 | **DATE** | 8/6/2008 |
| **CASE TITLE** | Chicago Tile Institute Welfare Plan   vs   Bestile, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion [13] for turnover of funds is granted and Fifth Third Bank is ordered to pay $5,315.20 to plainstiffs. The citation previously served on Fifth Third Bank shall thereafter be discharged.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|