IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO TILE INSTITUTE WELFARE )
PLAN and CHICAGO TILE INSTITUTE )
PENSION PLAN, )
                  Plaintiffs, )   08 CV 2504

       v. )   Judge Gettleman

BESTILE, INC. )
                  Defendant. )

### *Turnover Order*

This cause coming to be heard on the Motion of the Chicago Tile Institute Welfare Plan, and the Chicago Tile Institute Pension Plan, for a turnover order against FIFTH THIRD BANK due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

    1.    FIFTH THIRD BANK is ordered to pay $5,315.20 to the Plaintiffs from amounts they owe BESTILE, INC. to partially satisfy the judgment.

    2.    The citation previously served on FIFTH THIRD BANK shall thereafter be discharged.

_____
HON. ROBERT W. GETTLEMAN

DATE: AUGUST 6, 2008

---

Gregorio & Associates
Two North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343