IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN and CHICAGO TILE INSTITUTE PENSION PLAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 CV 2504 |
| v. | ) ) ) | Judge Gettleman |
| BESTILE, INC. | ) ) | |
| Defendant. | ) | |

### *Motion For Turnover of Funds*

Now comes the Plaintiffs, by and through their attorney, Michael J. McGuire of Gregorio & Associates, moving for a Turnover of Funds. Further, in support of this Motion, the Plaintiffs state:

1. A judgment was entered in the amount of $36,579.21 on July 8, 2008 of which $31,264.01 remains unsatisfied. See judgment attached as **Exhibit A.**

2. A Citation to Discover Assets was served upon Princeton Builders, Inc. on August 6, 2008. Princeton Builders, Inc. has indicated that it is holding $14,074.00 in an account for BESTILE, INC. See responses to citation attached as **Exhibit B.**

3. $14,074.00 should be turned over to the Plaintiffs to partially satisfy their judgment, and the citation shall thereafter be discharged.

Wherefore, The Plaintiffs respectfully requests this Court enter a Turnover Order for $14,074.00, and for such further relief as this Court deems just.

                By: /s/: Michael J. McGuire
                   Michael J. McGuire

Michael J. McGuire
ARDC #: 6290180
Attorney for Plaintiffs
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO TILE INSTITUTE WELFARE )
PLAN and CHICAGO TILE INSITUTE )
PENSION PLAN, )
 )
           Plaintiffs, )
 )
v. ) Judge Gettleman
 ) Case No.: 08 CV 2504
 )
BESTILE, INC., )
 )
           Defendant. )

### *Judgment Order*

WHEREAS, the Plaintiffs filed their complaint on May 2, 2008 and the Defendant was personally served with copies of Complaint and Summons on May 6, 2008; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a Default Judgment is hereby entered against the Defendant in accordance with the prayer of the Complaint; and

IT IS HEREBY ORDERD, ADJUDGED AND DECREED the Judgment is entered on behalf of the Plaintiffs and against the Defendant, BESTILE, INC. in the sum of $36,579.21 representing the following amounts:

| | |
|---|---:|
| Unpaid contributions for December 2007 through May 2008 | $16,040.92 |
| Liquidated Damages | $ 3,123.04 |
| Attorney Fees and costs | $ 1,445.00 |
| Interest | $ 780.75 |

Grand Total..................................................................$36,579.21

ENTERED:

_____
HON. ROBERT W. GETTLEMAN

DATE: July 8, 2008

Gregorio & Associates
2 North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343


EXHIBIT A

# BESTILE INC.

15555 S. 71st Court, Orland Park, IL 60462
PHONE 708-532-6006   FAX 708-532-9062

**FINAL BILL**
Date: 05/27/08

Submitted to: Princeton Builders
15529 S. 70th Court
Orland Park, IL 60462

Job Site: Burger King
3157 N. Milwaukee
Chicago, IL

Installation, Setting Materials and Grout For:

| | |
|---|---|
| Kitchen Quarry Tile: | $6,695.00 |
| Kitchen Quarry Base: | $2,886.00 |
| Dining Room Porcelain: | $6,760.00 |
| Dining Room Base: | $1,560.00 |
| Bathroom Wall Tile: | $2,990.00 |
| Total: | $20,891.00 |

— 16,200.00   ck 5346 see attached

4,691.00   Balance



EXHIBIT B

**PRINCETON BUILDERS**                                                                                    5346

Bestile Inc.                                                          7/8/2008
                partial B.K. 3167 N. Milwaukee                                     16,200.00

Fifth Third Checking    partial B.K. 3167 N. Milwaukee                                     16,200.00


558840 (12/07)

# BESTILE, INC

15555 S. 71st Court
Orland Park, IL 60462
**(708) 532-6006**
Fax (708) 532-9062

FINAL BILL SUBMITTED TO:

Name: Princeton Builders                    Project: Dunkin Donuts
Address: 15529 70th Ct.                     Address: 369 E. Rollins Rd.
City: Orland Park    State: IL              City: Round Lake Beach    State: IL
Date: 08/26/08

Phone: 708-429-5010    Fax: 708-429-5187

Installation of 6x6 Quarry Tile and Quarry Base in Kitchen

Installation of 12x12 Porcelain Tile and Base in Dining Room

Total:  $16,738.00
      — 9,000.00   ck 5430 see attached
      ─────────
        7,738.00.  Balance Due.

| | 5430 | 9,000.00 | | 9,000.00 |

7/31/2008

partial B.K. 4125 Milwaukee
PP Round Table Beach

PRINCETON BUILDERS

Bestile Inc.

Fifth Third Checking    partial B.K. 4125 Milwaukee

# BESTILE INC.

15555 S. 71st Court, Orland Park, IL 60462
PHONE 708-532-6006  FAX 708-532-9062

**FINAL BILL**
Date: 5-8-08

**Submitted to:**
Princeton Builders
15529 S. 70th Ct.
Orland Park, IL 60462
708-429-5010 F/429-5187

**Job Site:**
Dunkin Donuts
2900 Belvidere Rd.
Waukegan, IL

Installation of quarry tile, ceramic tile, quarry base, ceramic tile and ceramic base

**TOTAL**                                        $16,450.00
                                                — 8,000.00 ch 5141 see attached
                                                — 6,805.00 ch 5315 see attached
                                                  1,645.00 Bal Due.

**Price Breakdown:**

| | | |
|---|---|---|
| Installation of 12x12 | 945 s/f @ $6.50 | = $6,145.00 |
| Installation of 6x12 Base | 135 L/f @ $6.50 | = $ 877.00 |
| Installation of 6x6 Quarry | 1200 s/f @ $6.50 | = $7,810.00 |
| Installation of Quarry Base: | 70 L/f @ $6.50 | = $ 455.00 |
| Installation of base on cabinets and curb | | = $1,175.00 |

**PRINCETON BUILDERS**                                                                                                5141
Bestile Inc.                                                             4/22/2008
                           partial DD Waukegan                                              8,000.00

**PRINCETON BUILDERS**                                                                                                5315
Bestile Inc.
                           partial DD Waukegan                           7/3/2008
                                                                                            6,805.00

Fifth Third Checking    partial DD Waukegan

                                                                                            6,805.00

558840 (12/07)