IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN and CHICAGO TILE INSTITUTE PENSION PLAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 CV 2504 |
| v. | ) ) | Judge Gettleman |
| BESTILE, INC. | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Mr. Frank T. Voss
Princeton Builders, Inc.
15529 S. 70th Court
Orland Park, IL 60462

PLEASE TAKE NOTICE that on Tuesday, September 16, 2008, I shall appear before the Honorable Judge Gettleman at approximately **9:15 am in Courtroom 1703,** at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my Motion for Turnover of Funds.

/s/: Michael J. McGuire
By: Michael J. McGuire

Michael J. McGuire
ARDC #: 6290180
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343

STATE OF ILLINOIS)
                     ) SS
COUNTY OF COOK )

   Janine Ricker, being first duly sworn on oath, deposes and says that she served the above and foregoing Motion Turnover of Funds by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addressed to the person to whom said Notice is directed on the 4th day of September, 2008.

        Mr. Frank T. Voss
        Princeton Builders, Inc.
        15529 S. 70th Court
        Orland Park, IL 60462

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

        By:<u>/s/: Janine E. Ricker</u>

Michael J. McGuire
ARDC #: 6290180
Gregorio & Associates
Two North LaSalle Street, Suite 1650
Chicago, Illinois 60602
(312) 263-2343