IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN and CHICAGO TILE INSTITUTE PENSION PLAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 CV 2504 |
| v. | ) ) | Judge Gettleman |
| BESTILE, INC. | ) ) ) | |
| Defendant. | ) | |

### *Motion For Turnover of Funds*

Now comes the Plaintiffs, by and through their attorney, Michael J. McGuire of Gregorio & Associates, moving for a Turnover of Funds. Further, in support of this Motion, the Plaintiffs state:

1. A judgment was entered in the amount of $36,579.21 on July 8, 2008 of which $31,264.01 remains unsatisfied. See judgment attached as **Exhibit A.**

2. A Citation to Discover Assets was served upon Founders Bank on August 28, 2008. Founders Bank has indicated that it is holding $16,036.22 in an account for BESTILE, INC. See responses to citation attached as **Exhibit B.**

3. $16,036.22 should be turned over to the Plaintiffs to partially satisfy their judgment, and the citation shall thereafter be discharged.

Wherefore, The Plaintiffs respectfully requests this Court enter a Turnover Order for $16,036.22, and for such further relief as this Court deems just.

                    By: /s/:Michael J. McGuire
                          Michael J. McGuire

Michael J. McGuire  
ARDC #: 6290180  
Attorney for Plaintiffs  
Gregorio & Associates  
Two North LaSalle Street, Suite 1650  
Chicago, IL 60602  
312/263-2343

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO TILE INSTITUTE WELFARE )
PLAN and CHICAGO TILE INSITUTE )
PENSION PLAN, )
)
Plaintiffs, )
)
v. ) Judge Gettleman
) Case No.: 08 CV 2504
BESTILE, INC., )
)
Defendant. )

### Judgment Order

WHEREAS, the Plaintiffs filed their complaint on May 2, 2008 and the Defendant was personally served with copies of Complaint and Summons on May 6, 2008; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a Default Judgment is hereby entered against the Defendant in accordance with the prayer of the Complaint; and

IT IS HEREBY ORDERD, ADJUDGED AND DECREED the Judgment is entered on behalf of the Plaintiffs and against the Defendant, BESTILE, INC. in the sum of $36,579.21 representing the following amounts:

| | |
|---|---:|
| Unpaid contributions for December 2007 through May 2008 | $16,040.92 |
| Liquidated Damages | $ 3,123.04 |
| Attorney Fees and costs | $ 1,445.00 |
| Interest | $ 780.75 |

Grand Total..................................................................$36,579.21

ENTERED:

_____
HON. ROBERT W. GETTLEMAN

DATE: July 8, 2008

Gregorio & Associates
2 North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343


EXHIBIT A

LAW OFFICES

# WOLFENSON, SCHOUTEN & BURKE LTD.

A PROFESSIONAL CORPORATION

JAMES W. WOLFENSON
RICHARD E. BURKE
PAUL R. SCHOUTEN - OF COUNSEL

14535 JOHN HUMPHREY DRIVE
SUITE 101
ORLAND PARK, ILLINOIS 60462

TELEPHONE
708
460-4000

FAX
708
460-4040
460-6987

September 5, 2008

<u>Via Facsimile – (312) 263-2512</u>

Gregorio & Associates
2 North LaSalle Street, Suite 1650
Chicago, IL 60602

RE:   Chicago Title Institute Welfare Plan v. Bestile, Inc.
      Case No. 08 CV 2504
      Return Date: September 22, 2008

Dear Attorneys:

Please be advised that Founders Bank is holding $16,036.22 pursuant to the Citation to Discover Assets served upon the Bank. This letter constitutes the Answer of Founders Bank to the Citation.

Please direct all inquiries and Court Order to the undersigned.

Very truly yours,

Richard E. Burke
REB:kas



EXHIBIT B